No. 82–516. SOUTH CAROLINA ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 82–788. JONES *v.* OKLAHOMA. Ct. Crim. App. Okla.; No. 82–5744. MEEKS *v.* FLORIDA. Sup. Ct. Fla.; and No. 82–5789. PARKS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. Reported below: No. 82–788, 648 P. 2d 1251; No. 82–5744, 418 So. 2d 987; No. 82–5789, 651 P. 2d 686.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.